KRISTIAN BECKETT, ISBN 8731
FRANK SCHREIBER, ISBN: 10197
BECKETT LAW FIRM
PO BOX 4
KUNA, IDAHO 83634
Phone: (208) 899-9095
Fax: (425) 222-2215
kristian@beckettlegal.com
frank@beckettlegal.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RILEE LUTZ<br><br>                     Plaintiff,<br>v.<br><br>BEAR LAKE COUNTY, et. al.,<br><br>                     Defendants. | Case No. 4-24-cv-00182-AKB<br><br>ORDER ON PLAINTIFF'S MOTION TO DISMISS DEFENDANTS BEAR LAKE COUNTY, BEAR LAKE COUNTY SHERIFF'S OFFICE, BART HESLINGTON, MATTHEW KUNZ, AND ADAM MCKENZIE WITHOUT PREJUDICE |

ORDER

This matter having come before the court on Plaintiff's Motion to Dismiss Defendants Bear Lake County, Bear Lake County Sheriff's Office, Bart Heslington, Matthew Kunz, and Adam McKenzie pursuant to FRCP 41(a)(2) in order to perform the condition precedent of filing a written undertaking and posting a bond as required by Idaho Code § 6–610.

IT IS HEREBY ORDERED ADJUDGED AND DECREED: Plaintiff's claims against Bear Lake County, Bear Lake County Sheriff's Office, Bart Heslington, Matthew Kunz, and Adam McKenzie are hereby dismissed without prejudice.

DATED this \_\_\_\_ day of August 2024

UNITED STATES DISTRICT COURT

_____
JUDGE AMANDA K. BRAILSFORD