BLAKE G. HALL, ESQ.
SAM L. ANGELL, ESQ.
HALL ANGELL & ASSOCIATES, LLP
1075 S Utah Avenue, Suite 150
Idaho Falls, Idaho 83402
Telephone (208) 522-3003
Fax (208) 621-3008
*ISB Nos. 2434 and 7012*
bgh@hasattorneys.com
sla@hasattorneys.com

Attorneys for Defendants Bear Lake County, Bear Lake County Sheriff's Office, Bart Heslington, Matthew Kunz, and Adam McKenzie

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RILEE A. LUTZ,<br><br>            Plaintiff,<br><br>v.<br><br>BEAR LAKE COUNTY, an Idaho political subdivision, BEAR LAKE COUNTY SHERIFF'S OFFICE, an agency of an Idaho political subdivision, BART HESLINGTON, individually and in his official capacity as Bear Lake County Sheriff; MATTHEW KUNZ, individually and in his official capacity as a deputy with the Bear Lake County Sheriff's Office, ADAM MCKENZIE, individually and in his capacity as prosecutor for Bear Lake County; HANNAH DECLARK, individually, and DOES I-X,<br><br>            Defendants. | Case No. 4:24-cv-00182-AKB<br><br>**AFFIDAVIT IN SUPPORT OF MEMORANDUM OF COSTS AND ATTORNEY FEES** |

STATE OF IDAHO   )
                 : ss.
County of Bonneville )

      SAM L. ANGELL, being first duly sworn upon oath, deposes and states as follows:

1.     I am the primary attorney for the County Defendants in this action.

2.     My firm has spent substantial hours working on the above-named action.

3.     The County Defendants have incurred attorney's fees in the above-named action in the sum of **$1,332.00**. Attorney time was billed at $185.00 per hour for lead counsel. The rate of $185.00 per hour was charged for associate attorneys' work. These rates are reasonable considering the experience, skill and training of the attorneys involved, and considering comparable rates for such services performed in Eastern Idaho.

4.     The attorney's fees incurred by the County Defendants were necessary to ensure that they were properly able to respond to Plaintiff's Motion to Voluntarily Dismiss and were able to submit reply briefing in support of their original motion to dismiss. The time expended in the subject action was reasonable and necessary.

5.     Attached hereto as Exhibit "A" is a true and correct copy of our firm's itemized report including descriptions for services provided to the County Defendants in the amount of $1,332.00.

6.     The rates charged to the County Defendants for representation in the within action are reasonable and similar to, or below, those charged by attorneys with comparable experience and expertise in the vicinity of Idaho Falls, Idaho.

7.     To the best of the moving party's knowledge and belief, the items of fees are correct, and are in compliance with the Federal Rules of Civil Procedure and are in compliance with relevant case law and statute.

AFFIDAVIT IN SUPPORT OF MEMORANDUM OF COSTS AND FEES - 2

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
SAM L. ANGELL

SUBSCRIBED AND SWORN TO, before me the undersigned, a Notary Public in and for said State, this 16 day of October, 2024.

LESLIE GEORGESON
Notary Public - State of Idaho
Commission Number 27957
My Commission Expires Apr 30, 2027

Notary Public for Idaho
Residing at: Rigby ID

AFFIDAVIT IN SUPPORT OF MEMORANDUM OF COSTS AND FEES - 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 16, 2024, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

Kristian Scott Beckett                           [X] iCourt E-Service
BECKETT LAW OFFICES
PO Box 4
Kuna, ID 83634
Phone: 425-654-1142
Email: kristian@beckettlegal.com
*Attorney for Defendant*

Adam J. McKenzie                                 [X] iCourt E-Service
BEAR LAKE COUNTY PROSECUTING
ATTORNEY'S OFFICE
P.O. BOX 190
Paris, ID 83261
Tel: (208) 945-1438
Email: prosecutor@bearlakecounty.id.gov
*Attorney for State of Idaho*

_____
SAM L. ANGELL

# EXHIBIT A

Detail Fee Transaction File List
Hall Angell & Associates, LLP
Lutz v Bear Lake County

| Date | Rate | to Bill | Amount | Description |
|---|---|---|---|---|
| 06/13/2024 | 185 | 0.4 | 74 | Review Plaintiff's response brief and begin working on reply. |
| 06/17/2024 | 185 | 1.6 | 296 | Finish initial draft of reply brief for motion to dismiss. |
| 06/17/2024 | 185 | 1.1 | 203.5 | Work on Reply in support of Motion to Dismiss (1.1). |
| 06/18/2024 | 185 | 0.2 | 37 | Make revisions to reply brief for MTD. |
| 07/24/2024 | 185 | 1.1 | 203.5 | Review Motion to Dismiss filed by Beckett, work on draft of response objecting to dismissal, and request for attorney's fees for frivolous filing (1.1). |
| 7/31/2024 | 185 | 1.3 | 240.5 | Draft response to motion to dismiss (1.3) |
| 07/31/2024 | 185 | 0.4 | 74 | Review and revise Bear Lake response to plaintiff's motion to dismiss without prejudice. |
| 08/02/2024 | 185 | 1.1 | 203.5 | Work on memorandum in opposition to Motion to dismiss, and request for attorney's fees (1.1). |
| **GRAND TOTALS** | | **7.2** | **1332** | |